UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BARBARA R. SUMTER, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | CASE NO. 10-CV-533-CVE-FHM |
| ) | |
| WAL-MART STORES EAST, L.P., ) | |
| ) | |
| DEFENDANT. ) | |

## OPINION AND ORDER

Plaintiff's motion for an extension of time to respond to Defendant's Motion to Compel [Dkt. 24] which was submitted as part of Dkt. 34 and which has been docketed as Dkt. 36, is GRANTED.

Plaintiff is granted until April 22, 2011 to respond to Defendant's Motion to Compel. Defendant may file a reply on or before May 6, 2011.

SO ORDERED this 12th day of April, 2011.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE